# EXHIBIT C


### re: Intellectual Property Report #357265238090118

Facebook <case++aazqhpngsn7d7a@support.facebook.com>  Wed, Mar 7, 2018 at 1:40 PM
Reply-To: Facebook <case++aazqhpngsn7d7a@support.facebook.com>
To: legal@kristenpierson.com

Hi,

Thanks for your report. Based on the information you've provided, it is not clear that the content you've reported infringes your copyright. It appears that the content you reported is being used for the purpose of commentary or criticism.

For this reason, we are unable to act on your report at this time.

Thanks,

Max
Intellectual Property Operations
Facebook

>On Wed Mar 7, 2018 04:28:58, original message wrote:
>Hi,
>The Facebook Team received a report from you. For reference, your complaint number is 833563733495955.
>
>Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.
>If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information:
>IP Help Center: https://www.facebook.com/help/intellectual_property/
>Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.
>For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
>- Hacked or phished accounts: https://www.facebook.com/help/security
>- Fake/Impostor accounts (timelines): https://www.facebook.com/help/174210519303259/
>- Abuse (including spam, hate speech and harassment): https://www.facebook.com/help/263149623790594/
>- Pages (including admin issues): https://www.facebook.com/help/pages/
>- Unauthorized photos or videos: https://www.facebook.com/help/428478523862899
>- Login issues: https://www.facebook.com/help/login
>- Help for users who have been disabled or blocked: https://www.facebook.com/help/warnings
>If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance: https://www.facebook.com/help/
>As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.
>Thanks for contacting Facebook,
>The Facebook Team
>---------------------------
>DMCA TAKEDOWN NOTICE for Copyright Infringement (6A8A8806.jpg) fb
>My name is Kristen Pierson. I am a photographer who can be reached at:
>Kristen Pierson Photography
>P.O. Box 97
>Coventry, RI 02816
>401-484-1606
>email: legal@kristenpierson.com
>I am the author and copyright owner of the following photograph:
>
>The photograph appears on my website at:
>https://urldefense.proofpoint.com/v2/url?u=http-3A__kristenpierson.photoshelter.com_gallery-2Dimage_Bobby-2DN-2DHeadshots_G0000Gb7sjrrH6AI_I0000JnSRNZAQ5pM_C0000oQ1co.d8IFM&d=DwIFaQ&c=5VD0RTtNITh3ycd41b3MUw&r=MUJVTEEwWisaJNdZ6ymrtg&m=FNpa_8Zj5AFp_nuZPcxzILFFPMBBv8k-isweecb2Gjk&s=hhlLCot0yOWEUfUe83wh5uUeyv43fEGFZpELolHbUYo&e=
>The copyright for the photograph is registered with the US Copyright office.
>The photograph appears without my authorization or authority of the law,
>and at the following URLs on your servers:
>1.
>https://urldefense.proofpoint.com/v2/url?u=https-3A__scontent.fbos1-2D1.fna.fbcdn.net_v_t1.0-2D9_28575821-5F1442382495870612-5F5095878239419713942-5Fn.png-3Foh-3D0e8068045fb37afe4cc73fb402a05959-26oe-3D5B3DB4C6&d=DwIFaQ&c=5VD0RTtNITh3ycd41b3MUw&r=MUJVTEEwWisaJNdZ6ymrtg&m=FNpa_8Zj5AFp_nuZPcxzILFFPMBBv8k-isweecb2Gjk&s=x7b2q_Uxcc0B8JoVD1VOi2dlYkqGVzdosVkhTpugF28&e=
>2.
>https://www.facebook.com/trustedtechtips/photos/a.714501555325380.1073741828.714118492030353/1442382495870612/?type=3&theater
>These are infringements of my copyrights.
>This letter is official notification under the provisions of Section 512 of
>the Digital Millennium Copyright Act to effect removal of the
>above-reported infringements. I demand that you immediately remove my
>photograph from the URLs cited above. Please be advised that law requires
>you to "expeditiously remove or disable access to" the photograph upon
>receiving this notice. Noncompliance will result in a loss of immunity for
>copyright infringement liability under the DMCA.
>I have a good faith belief that uses of the photograph in the manner
>complained of here are not authorized by me (i.e., the copyright owner) or
>the law. I have a good faith belief that each of the uses does not qualify
>as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I
>am the copyright holder and (2) that the information provided in this
>notice is accurate to the best of my knowledge.
>Please email a prompt response indicating that you have complied with this
>notice.
>Sincerely,
>s/Kristen Pierson
>re: trustedtechtips
>