UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| KRISTEN PIERSON | : 1:19-CV-00397 |
| Plaintiff, | : **NOTICE OF APPEARANCE** |
| v. | : |
| FACEBOOK, INC, | : |
| Defendant. | : |
| | : |

---------------------------------------------------------------X

PLEASE TAKE NOTICE that Fara S. Sunderji, Esq. and J. Michael Keyes, Esq. of Dorsey & Whitney, LLP have been substituted as counsel in the above-referenced action on behalf of Defendant Facebook, Inc., in place of Randi W. Singer of Weil, Gotshal & Manges, LLP. Ms. Singer hereby withdraws as counsel in this action.

Dated: April 8, 2019                    *Respectfully submitted,*

**DORSEY & WHITNEY LLP**

*/s/ J. Michael Keyes*
J. MICHAEL KEYES (JK-6504)
BRIAN J. JANURA (*pro hac vice* pending)
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800
keyes.mike@dorsey.com
janura.brian@dorsey.com

FARA S. SUNDERJI (FS-1208)
51 West 52nd Street
New York, NY 10019
(212) 415-9200

-2-

sunderji.fara@dorsey.com

Attorneys for Defendant
FACEBOOK, INC.

## CONSENT

The undersigned acknowledges and consents to this substitution of counsel and hereby withdraws as counsel of record in this action.

*/s/ Randi W. Singer*
RANDI W. SINGER
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
randi.singer@weil.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 8th day of April, 2019 via the Court's CM/ECF system.

/s/ J. Michael Keyes
J. Michael Keyes