April 23, 2019

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

Re:     *Pierson v. Facebook.com, Inc. (1:19-cv-397-PKC)*

Pursuant to Your Honor's January 17, 2019 Order, Plaintiff Kristen Pierson ("Pierson") and
Defendant Facebook.com, Inc. ("Facebook") jointly submit this letter in anticipation of the
Initial Pretrial Conference scheduled for 11:00 a.m. on May 1, 2019

1. **Brief Description of the Case**

   **Plaintiff's Perspective**

Pierson is a professional photographer whose livelihood depends on licensing of her images.
Pierson used her skill, talent and resourcefulness to photograph American politician and
Republic member of Rhode Island House of Representatives Robert Nardolillo.  Pierson retained
all rights and interest in the photograph. The photograph were timely and properly registered
with the United States Copyright Office.

Pierson then saw her Photograph on Facebook. Abiding by the DMCA rules, Pierson e-mailed
Facebook's agent to take down her Photograph. Facebook responded back to Pierson's e-mail
refusing to take down the Photograph. As a result, Facebook is not protected by the DMCA safe
harbor.

Pierson asserts that Facebook was willful, intentional, purposeful, and in disregard or
indifference to Pierson's rights in the photograph.

Accordingly, Pierson seeks statutory damages against Facebook for the copyright infringement
as well as costs and attorney's fees.

   **Defendant's Perspective**

Defendant Facebook denies that it infringed Pierson's copyright in the photograph at issue
because, among other reasons, the use of the photograph is protected under the doctrine of fair
use.  The photograph at issue is of Robert Nardolillo, a member of the Rhode Island House of
Representatives.  The depiction of Mr. Nardolillo was accompanied by an article describing his
official conduct and efforts to advance legislation that the authors of the article criticized and
commented on.

Defendant also plans to take discovery on whether Pierson actually owns the copyright in the
photograph at issue and whether the copyright registration, which is a group registration covering
numerous other photographs, is valid and enforceable.


Liebowitz Law Firm, PLLC



**2.** **Contemplated Motions**

The parties anticipate that following the close of discovery, they will file motions or cross-motions for summary judgment on copyright infringement, fair use, and/or other topics.

**3.** **Prospect for Settlement**

The parties engaged in a preliminary settlement discussion. The parties are simply too far apart for a productive settlement discussion and discovery should commence.

Respectfully Submitted,

/s/Richard P. Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Kristen Pierson*