# EXHIBIT C

Page 1

1                                      Volume:     I

                                       Pages    1-201

2                                      Exhibits:   28

3

               UNITED STATES DISTRICT COURT

4              SOUTHERN DISTRICT OF NEW YORK

5                        1:19-CV-00397-PKC

6

  KRISTEN PIERSON,

7

                    Plaintiff

8    V.

9    FACEBOOK, INC.

10

11                  Defendant

12

13

14

15        VIDEOTAPED DEPOSITION of KRISTEN PIERSON,

16   called on behalf of the Defendant, taken pursuant to

17   the provisions of the Massachusetts Rules of Civil

18   Procedure, before Michele DeCoste, a Professional

19   Court Reporter and Notary Public, in and for the

20   Commonwealth of Massachusetts, at 101 Arch Street,

21   Suite 650, Boston, MA 02110, on Friday, August 16,

22   2019, commencing at 10:09 a.m.

23                  ------------

24

Page 2

1            A P P E A R A N C E S

2

        MICHAEL KEYES, ATTORNEY
3        Dorsey & Whitney, LLP
        701 Fifth Avenue, Suite 6100
4        Seattle, WA 98104-7043
        (206) 903-8757
5        keyes.mike@dorsey.com
6                Counsel for the Defendant
7

8

9        RICHARD P. LIEBOWITZ, ATTORNEY
10       Liebowitz Law Firm, PLLC
11       11 Sunrise Plaza, Suite 305
12       Valley Stream, NY 11580
13       (516) 233-1660
14       www.liebowitzlawfirm.com
15               Counsel for the Plaintiff
16

17

18

19       ALSO PRESENT:
20           Kathryn Duvall, Facebook IP Litigation
21           kduvall@fb.com
22           Bob Gianinni, Videographer
23

24

Page 3

```
 1                    I N D E X
 2  WITNESS              DIRECT   CROSS   REDIRECT   RECROSS
 3  KRISTEN PIERSON
 4  (By Mr. Keyes)         6
 5  (By Mr. Liebowitz)            189
 6
 7
 8
 9
                        E X H I B I T S
10
    NO.         DESCRIPTION                        PAGE
11
12  Exhibit 1   Deposition Notice                   12
13  Exhibit 2   Amended Complaint                   15
14  Exhibit 3   Request for Production of Documents  21
15  Exhibit 4   Certificate of Registration Packet   23
16  Exhibit 5   Answers to Interrogatories          38
17  Exhibit 6   Two-Paged Printout of Kristen Pierson  55
                Photography Website
18
    Exhibit 7   Printout of Kristen Pierson Photography's  56
19              Facebook Page
20  Exhibit 8   Two-Paged Printout of ROXPIX By     58
                Kristen Pierson
21
    Exhibit 9   List of Clients on Kristen Pierson's  59
22              ROKPIX Page
23  Exhibit 10  Invoice for Adan Dominguez          79
24  Exhibit 11  Invoice for Joan Barrett            88
```

Page 4

 1      Exhibit 12    Invoice for Options Magazine           95

 2      Exhibit 13    Invoice for Julia James                99

 3      Exhibit 14    Invoice for Lotus Land Band            105

 4      Exhibit 15    Printout of Lionfish Photo on ROKPIX   112

 5      Exhibit 16    Three-Paged Printout of ROKPIX Photos  136

 6      Exhibit 17    Model Release                          136

 7      Exhibit 18    Invoice for Bobby Nardolillo           141

 8      Exhibit 19    Six-Paged Printout of News Article     144

 9      Exhibit 20    Facebook Post Dated April 3, 2015      147

10      Exhibit 21    Facebook Post Dated July 8, 2015       149

11      Exhibit 22    Facebook Post Dated August 17, 2015    150

12      Exhibit 23    Packet of Printouts of Bobby's Headshots 163

13      Exhibit 24    Packet of Printouts of Nardolillo Family 165
                      Photos

14

        Exhibit 25    Packet of Printout of Photos From       167
15                    Photo Shoot

16      Exhibit 26    Printouts of James Pierson Headshots   169

17      Exhibit 27    Large Packet of Printouts of Photos    171

18      Exhibit 28    ROKPIX Printout of Bobby N. Headshot   174

19

20

21

22

23

24

Page 15

1              (Exhibit Number 2, Amended

2              Complaint, was Marked for

3              Identification.)

4

5    Q    Ms. Pierson, you've been handed Exhibit 2 to

6         your deposition today.  If you'd take a

7         moment to review that document, I'm going to

8         ask you a few questions.

9    A    Okay.

10   Q    Exhibit 2 is the amended complaint that was

11        filed in this case, is that correct?

12   A    Yes.

13   Q    Then before it was filed, it was a document

14        that was filed on approximately

15        August 17, 2019.  You see that

16        August 17, 2019?

17   A    Yes.

18   Q    It's dated at the top?

19   A    Yes.

20   Q    Before that document was filed in federal

21        court, did you review it, ma'am?

22   A    No.

23   Q    Before that document was filed, did you

24        authorize anybody to file it on your behalf?

Page 16

```
 1    A     Could you explain what you're trying to say?
 2    Q     Before that document was filed, Exhibit 2,
 3          did you authorize anybody to file it on your
 4          behalf?
 5    A     If anybody, it would be my attorney.
 6    Q     As you sit here today, can you testify that
 7          you authorized anybody to file that amended
 8          complaint, Exhibit 2?
 9    A     No.
10    Q     So you didn't review it before it was filed?
11    A     No.
12    Q     So I take it, then, you can testify as to the
13          accuracy of the allegations in Exhibit 2, is
14          that correct?
15    A     Correct.  I believe that the allegations are
16          correct in the filing.
17    Q     Okay.  But again, you just testified that
18          you didn't review Exhibit 2 before it was
19          filed?
20    A     No, but I did read it after it was filed.
21    Q     So you reviewed it after.  When did you
22          review it, ma'am?
23    A     I don't recall a specific day, but it was
24          after it was filed.
```

```
                                                      Page 21
 1              approximation as you sit here today?
 2      A       I don't have an approximate number that I can
 3              give, but I would say probably over 50-.
 4      Q       Over 50-, but less than 75,000.
 5      A       I don't know.
 6
 7                              (Exhibit Number 3, Request for
 8                              Production of Documents, was
 9                              Marked for Identification.)
10
11      Q       You've been handed Exhibit 3 to your
12              deposition today.  Would you take a moment to
13              review that?
14      A       Yes.
15      Q       Have you seen that document before, Exhibit
16              3?
17      A       Yes.
18      Q       You understand that this is a document
19              whereby Facebook requested you to disclose
20              certain documents that would be relevant to
21              the lawsuit?  Do you understand that?
22      A       Yes.
23      Q       And did you ultimately produce documents
24              pursuant to Exhibit 3?
```

```
                                                  Page 22
 1    A       Some.

 2    Q       You produced some documents, but not all the

 3            documents that you have?

 4    A       I guess I don't understand your question.

 5    Q       So Exhibit 3 is a request for production of

 6            documents.  You see that?

 7    A       Yes.

 8    Q       It requests production of certain documents

 9            that were relevant or germane to the lawsuit.

10            You understand that?

11    A       Yes.

12    Q       And I asked you if you produced documents

13            pursuant to Exhibit 3, those requests, and

14            you said yes, "some"?

15    A       Well, I'm not sure because I just read this

16            yesterday.  I just got this yesterday.

17    Q       Before you read that yesterday, had you ever

18            reviewed it prior to that?

19    A        No.

20    Q       And did you -- I don't want to know about the

21            substance of your discussion, but did you

22            ever speak with Mr. Liebowitz or anybody at

23            Mr. Liebowitz's firm about Exhibit 3?

24    A       No.
```

```
                                                    Page 23
 1    Q        So is it fair to say that, Ms. Pierson,
 2             you're not sure what documents, if any, were
 3             produced pursuant to Exhibit 3?
 4    A         Yes.
 5
 6                             (Exhibit Number 4, Certificate
 7                              of Registration Packet, was
 8                              Marked for Identification.)
 9
10    Q        Ms. Pierson, you've been handed Exhibit 4 to
11             your deposition today.  If you take a moment
12             to review that, that would be great.
13    A        Okay.
14    Q        You've seen those documents in Exhibit 4,
15             correct?
16    A        Yes.
17    Q        In fact, you authorized the production of
18             those documents to be turned over to
19             Facebook, correct?
20    A        Yes.
21    Q        Other than the documents in Exhibit 4, do you
22             have any other documents in your possession,
23             custody, or control that would be responsive
24             to the request for production that we just
```

```
                                                    Page 25
 1              you turn it over to your attorneys?
 2    A         No.
 3    Q         So is that maybe why it didn't get produced
 4              because you didn't provide it to your
 5              lawyers?
 6    A         Yes.
 7    Q         Why did you withhold that document?
 8    A         I just got the request yesterday, so I didn't
 9              have time to go through all the records.
10    Q         So where are  your records stored with
11              respect to your photographic business, ma'am?
12    A         Could you explain what you mean by "records"?
13    Q         Well, you maintain certain records and
14              documents with respect to your photographic
15              business, correct?
16    A         Yes.
17    Q         And do you generally store those in a
18              particular location or number of locations?
19    A         Yes.
20    Q         Where?
21    A         A file.
22    Q         A file where?
23    A         At my home.
24    Q         Is this like a file cabinet?
```

```
                                                    Page 38
 1              at the moment.
 2    Q         And why is that?
 3    A         Because I started a new business.
 4    Q         Is it one of the businesses that we spoke
 5              about earlier, the lash business?
 6    A         Yes.
 7    Q         Is it the lash business that you've recently
 8              started?
 9    A         Yes.
10    Q         You haven't had time for your photographic
11              endeavors?
12    A         Correct.
13
14                             (Exhibit Number 5, Answers to
15                              Interrogatories, was Marked
16                              for Identification.)
17
18    Q         Here is Exhibit 5 to your deposition today.
19              Take a moment to review it.
20    A         Yes.
21    Q         Exhibit 5 to your deposition is a set of
22              interrogatories, do you see that?
23    A         Yes.
24    Q         And Exhibit 5 contains a number of your
```

Page 39

```
 1            answers, did you see that?
 2   A        Yes.
 3   Q        When was the first time you reviewed Exhibit
 4            5?  Was it earlier this week?
 5   A        Perhaps.  Yes.
 6   Q        Other than perhaps you reviewed them this
 7            week, do you have a recollection of reviewing
 8            Exhibit 5 this week in preparation for your
 9            deposition today?
10   A        I did just recently see this.  I just don't
11            know what day specifically but it was within
12            the week.
13   Q        Can you turn to Page 3 of Exhibit 5, if you
14            would?
15   A        (Witness complies.)
16   Q        Do you see on Page 3 at the top it says
17            specific answers and objections?
18   A        Yes.
19   Q        Did you provide these answers here on Page 3?
20   A        No.
21   Q        Did you go over these answers with your
22            counsel before they were submitted to
23            Facebook?
24   A        No.
```

```
                                                 Page 40
 1    Q        Are you aware, ma'am, that when you answer
 2             interrogatories in a federal lawsuit, that
 3             you as the answering party must verify the
 4             accuracy of the answers?  Were you aware of
 5             that?
 6    A        No.
 7    Q        So I take it that you've never signed a
 8             verification with respect to the accuracy of
 9             the answers contained in Exhibit 5?
10    A        Correct.
11    Q        You were never asked to sign a verification,
12             I take it?
13    A        No.
14    Q        So as you sit here today, can you testify as
15             to the accuracy of the answers in Exhibit 5?
16    A        No.
17    Q        Let's talk a little bit about your
18             background.  Where did you go to high school?
19    A        Coventry High School.
20    Q        Can you spell that?
21    A        C-o-v-e-n-t-r-y.
22    Q        Is that in Rhode Island?
23    A        Yes.
24    Q        What year did you graduate?
```

Page 200

1

2                    C E R T I F I C A T E   P A G E

3

4     COMMONWEALTH OF MASSACHUSETTS

5     COUNTY OF NORFOLK, SS

6

7          I, Michele C. DeCoste, a Professional Court

8     Reporter and Notary Public in and for the

9     Commonwealth of Massachusetts, do hereby certify

10    that the foregoing deposition of Kristen Pierson,

11    was taken before me on August 16, 2019.  The said

12    witness was duly sworn before the commencement of

13    her testimony; that the said testimony was taken

14    audiographically by myself and then transcribed

15    under my direction.  To the best of my knowledge,

16    the within transcript is a complete, true and

17    accurate record of said testimony.

18         I am not connected by blood or marriage with

19    any of the said parties, nor interested directly

20    or indirectly in the matter at hand.

21         In witness whereof, I have hereunto set my

22    hand and Notary Seal this 23rd day of August,

23    2019.

24

Page 201

1

2

3

4        Michele C. DeCoste, Notary Public

5         My Commission Expires: July 16, 2021

6

7                        THE FOREGOING CERTIFICATION OF THIS

8                        TRANSCRIPT DOES NOT APPLY TO ANY

9                        REPRODUCTION OF THE SAME BY ANY

10                       MEANS UNLESS UNDER THE DIRECT

11                       CONTROL AND/OR DIRECTION OF THE

12                       CERTIFYING REPORTER.

13

14

15

16

17

18

19

20

21

22

23

24