UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KRISTEN PIERSON | : | 1:19-CV-00397 |
| Plaintiff, | : | HON. P. KEVIN CASTEL |
| v. | : | |
| FACEBOOK, INC., | : | |
| Defendant. | : | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a), it is hereby stipulated and agreed, by and among Plaintiff Kristen Pierson ("Pierson") and Defendant Facebook, Inc. ("Facebook"), through their undersigned counsel of record, as follows:

1. Plaintiff Pierson's Complaint against Defendant Facebook is dismissed with prejudice.

2. The parties shall bear their own attorneys' fees and costs.

SO STIPULATED TO AND AGREED BY:

Dated: October 17, 2019

| LIEBOWITZ LAW FIRM, PLLC | DORSEY & WHITNEY LLP |
|---|---|
| */s/ Richard Liebowitz* <br> RICHARD LIEBOWITZ <br> 11 Sunrise Plaza, Suite 305 <br> Valley Stream, New York 11580 <br> (516) 233-1660 <br> RL@LiebowitzLawFirm.com <br><br> JAMES H. FREEMAN <br> 11 Sunrise Plaza, Suite 305 <br> Valley Stream, New York 11580 <br> (516) 233-1660 <br> jf@LiebowitzLawFirm.com <br> Attorneys for Plaintiff <br> KRISTEN PIERSON | */s/ J. Michael Keyes* <br> J. MICHAEL KEYES (JK-6504) <br> BRIAN J. JANURA (*pro hac vice*) <br> Columbia Center <br> 701 Fifth Avenue, Suite 6100 <br> Seattle, WA 98104 <br> (206) 903-8800 <br> keyes.mike@dorsey.com <br> janura.brian@dorsey.com <br><br> FARA S. SUNDERJI (FS-1208) <br> 51 West 52nd Street <br> New York, NY 10019 <br> (212) 415-9200 <br> sunderji.fara@dorsey.com <br> Attorneys for Defendant <br> FACEBOOK, INC. |